IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOHN C. TURNER**             **PETITIONER**

**v.**           **CIVIL ACTION NO. 1:22-CV-250-TBM-FKB**

**BURL CAIN,** *South Mississippi Corrections*       **RESPONDENT**

## FINAL JUDGMENT

This matter is before the Court on the submission of the Report and Recommendation [14] entered by United States Magistrate Judge Keith Ball on April 26, 2023. The Court, having entered a separate order this same day, finds that this matter should be dismissed.

IT IS THEREFORE ORDERED AND ADJUDGED that John C. Turner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE. This CASE is CLOSED.

THIS, the 27th day of June, 2023.

                                             TAYLOR B. McNEEL
                                             UNITED STATES DISTRICT JUDGE